IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                     CASE NO. 4:05-cv-00352-MP-AK

BANK ACCOUNT #100013615256,
IN THE NAME OF ERIN WESTMORELAND,
LOCATED AT SUNTRUST BANK OF FLORIDA,

      Defendant.

_____/

### DECREE OF FORFEITURE

On September 21, 2005, a Verified Complaint of Forfeiture In Rem against the

Defendant, **BANK ACCOUNT NUMBER 100013615256, IN THE NAME OF ERIN**

**WESTMORELAND, LOCATED AT SUNTRUST BANK OF FLORIDA,** was filed on

behalf of the Plaintiff, United States of America.  The complaint alleges that the Defendant,

**BANK ACCOUNT NUMBER 100013615256, IN THE NAME OF ERIN**

**WESTMORELAND, LOCATED AT SUNTRUST BANK OF FLORIDA,** is forfeitable to

the United States of America pursuant to 18 U.S.C. §981.

It appears that process was fully issued in this action according to law:

That on September 22, 2005, Erin Westmoreland, was served with a copy of the Verified

Complaint for Forfeiture in Rem and a copy of the Summons and Warrant of Arrest in Rem.

That on October 25, 2005, Default was entered against Erin Westmoreland, for failure to

plead, answer or otherwise defend in said cause.

That on December 5, 2005, a Notice of Action and Arrest was published in the

Tallahassee Democrat, a newspaper of general circulation.

That no other person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree

Of Forfeiture, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Defendant, **BANK ACCOUNT**

**NUMBER 100013615256, IN THE NAME OF ERIN WESTMORELAND, LOCATED AT**

**SUNTRUST BANK OF FLORIDA,** be forfeited to the United States of America and no right,

title or interest in the property shall exist in any other party.  The Defendant property shall be

disposed of according to law.

**DONE AND ORDERED** this  *22nd*  day of March, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge